IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DOUGLAS P. LOUGHMAN,

       Plaintiff,

-vs-

WENGLOR SENSORIC, LLC,

       Defendant.

Case No. 3:11-cv-296
District Judge Walter Herbert Rice
Magistrate Judge Sharon L. Ovington

## ORDER OF REFERENCE

Upon unanimous consent of the parties hereto, and pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C) and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington solely for purpose of conducting a mediation. The Magistrate Judge shall have full authority to conduct the mediation and shall report to the Court whether or not it has resulted in settlement of this case.

November 15, 2012

                                                              Walter Herbert Rice
                                                              United States District Judge